UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LINDA BUCHHOLZ WIXOM,<br><br>            Defendant. | NO. CR-09-0003-LRS<br><br>**ORDER APPROVING AGREEMENT AND CLOSING FILE** |

Defendant Linda Wixom and Plaintiff entered into a "Deferred Prosecution Agreement," Ct. Rec. 28, which was signed by Defendant and the Assistant United States Attorney on November 5, 2009 and November 12, 2009 respectively, and filed on November 12, 2009. The agreement indicated that the United States agreed to defer prosecution of the charged offenses for 60 months from the date of the agreement. Ct. Rec. 28, p. 2, ¶ 4.

**IT IS HEREBY ORDERED** that the "Deferred Prosecution Agreement" is approved by the Court and any period of delay during which prosecution is deferred pursuant to this agreement is excludable in computing time within which the trial of such offense(s) must commence, for the purpose

ORDER - 1

of allowing the Defendant to demonstrate her good conduct pursuant to the agreement and 18 U.S.C. § 3161(h)(2).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, and **CLOSE FILE.**

**DATED** this 14th day of January, 2010.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2